**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

RANGE ENERGY INC.,

Plaintiff,

v.

HYLIION INC.

Defendant.

Case No. 3:26-cv-02311-TSH

**ORDER GRANTING JOINT REQUEST TO APPEAR REMOTELY AT THE SEPTEMBER 10TH HEARING ON PLAINTIFF RANGE ENERGY INC.'S MOTION TO DISMISS HYLIION INC.'S AMENDED COUNTERCLAIM COUNT I PURSUANT TO RULE 12(b)(6)**

This Court, having considered the Joint Request to Appear Remotely by both counsel for the Plaintiff and the Defendant at the September 10, 2026, Hearing On Plaintiff's Motion to Dismiss Hyliion's Amended Counterclaim Count I Pursuant to Rule 12(b)(6), and for good cause shown, hereby GRANTS the request. Mr. Gerst and Mr. Pinkus may appear at the September 10, 2026, hearing remotely. The Courtroom Deputy shall file an order with access instructions.

IT IS SO ORDERED.

Dated: August 31, 2026

By: ______________________
Thomas S. Hixson
United States Magistrate Judge