David Berten (IL Bar # 6200898; Member of NDCA bar)
dberten@giplg.com
C. Graham Gerst (IL Bar #6255988) (*Pro Hac Vice* application granted)
ggerst@giplg.com
Global IP Law Group, LLC
55 West Monroe Street, Suite 3400
Chicago, IL 60603
Telephone: (312) 241-1500

*Attorneys for Range Energy Inc.*

**SPENCER FANE LLP**
John V. Picone III (State Bar No. 187226)
jpicone@spencerfane.com
Jing H. Cherng (State Bar No. 265017)
gcherng@spencerfane.com
225 West Santa Clara St., Suite 1500
San Jose, CA 95113
Telephone: 408.286.5100
Facsimile: 408.286.5722
Brett Pinkus (*pro hac vice*)
bpinkus@spencerfane.com
2200 Ross Avenue, Suite 1700 West
Dallas, Texas 75201-2708
Telephone: 214.750.3610
Facsimile: 214.750.3612
*Attorneys for Defendant Hyliion Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

RANGE ENERGY INC.,

Plaintiff,

v.

HYLIION INC.

Defendant.

Case No. 3:26-cv-02311-TSH

**STIPULATION OF EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE PLEAD TO HYLIION INC.'S SECOND AMENDED COUNTERCLAIMS**

Pursuant to Civil L.R. 6-1, Plaintiff Range Energy Inc. ("Range Energy") and Defendant Hyliion Inc ("Hyliion") hereby stipulate and agree to continue Plaintiffs deadline to answer or otherwise respond to the Second Amended Counterclaims by Hyliion (Dkt. No. 47).

Specifically, Defendant filed its Second Amended Counterclaims on September 15, 2026 (Dkt. No. 47). Plaintiff's current response is October 7, 2026. Defendant is requesting a three-week extension to answer or respond to the counterclaims on or before October 28, 2026. This is the first extension the Plaintiff is requesting. Defendant does not oppose this request.

NOW THEREFORE, pursuant to Civil L.R. 6-1 and 6-2, the Parties, through their respective counsel, hereby stipulate as follows:

The deadline for Plaintiff Range Energy to respond to the Counterclaims is October 28, 2026.

Dated: September 28, 2026

Respectfully submitted,

/s/ Brett Pinkus

John V. Picone III (State Bar No. 187226)
jpicone@spencerfane.com
Jing H. Cherng (State Bar No. 265017)
gcherng@spencerfane.com
225 West Santa Clara St., Suite 1500
San Jose, CA 95113
Telephone: 408.286.5100
Facsimile: 408.286.5722

Brett Pinkus (pro hac vice)
bpinkus@spencerfane.com
2200 Ross Avenue, Suite 1700
Dallas, Texas 75201-2708
Telephone: 214.750.3610
Facsimile: 214.750.3612

*Attorneys for Defendant Hyliion Inc*

/s/ C. Graham Gerst

David Berten (IL Bar #6200898)
(Member of the N.D. Ca. Bar)
dberten@giplg.com
C. Graham Gerst (IL Bar #6255988)
(*Pro Hac Vice* application granted)
ggerst@giplg.com
Global IP Law Group, LLC
55 West Monroe Street Suite 3400
Chicago, IL 60603
T: (312) 241-1500

*Attorneys for Plaintiff Range Energy, Inc.*

**ATTESTATION OF E-FILED SIGNATURES**

Pursuant to Civil Local Rule 5-1(i)(3), counsel for Range Energy, C. Graham Gerst, has obtained the concurrence of counsel for Defendant Hyliion Inc., Brett Pinkus, in the filing of this Stipulation**.**

By: *<u>/s/C. Graham Gerst</u>*
C. Graham Gerst, *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 28, 2026.

By: *<u>/s/C. Graham Gerst</u>*
C. Graham Gerst

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

RANGE ENERGY INC.,

Plaintiff,

v.

HYLIION INC.

Defendant.

Case No. 3:26-cv-02311-TSH

**STIPULATION OF EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE PLEAD TO HYLIION INC.'S SECOND AMENDED COUNTERCLAIMS**

THE COURT HAVING CONSIDERED Plaintiff Range Energy Inc.'s stipulation and agreement to extend the time to answer the Counterclaims, or otherwise plead, up to and including October 28, 2026, the Court is of the opinion the Stipulation of Extension of Time to File an Answer or Otherwise Plead to Hyliion Inc.'s Second Amended Counterclaims up to and including October 28, 2026 is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: September 28, 2026

By:________________________
Hon. Thomas S. Hixson
United States Magistrate Judge